FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 15, 2014

No. 04-13-00767-CV

**IN RE TX-CMS** d/b/a Construction Management Specialties

Original Mandamus Proceeding[1]

### ORDER

Sitting:    Catherine Stone, Chief Justice
               Sandee Bryan Marion, Justice
               Rebeca C. Martinez, Justice

On October 31, 2013, relator filed a petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on January 15th, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of January, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2013CI07687, styled *TX-CMS, Inc. d/b/a Construction Management Specialties v. Carlos and Victoria Roca*, pending in the 408th Judicial District Court, Bexar County, Texas, the Honorable Richard Price presiding.